AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Vinson, Roger | District Court - NDFL | 5/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Senior | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Arnow Federal Building <br> 100 North Palafox Street <br> Pensacola, FL 32502 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee and Chairman | J. Hugh and Earle W. Fellows Memorial Fund |
| 2. | Co-Trustee | Vinson Cemetery Trust Fund |
| 3. | Trustee | American Camellia Society Trust, Inc. |
| 4. | Chairman | Pensacola Camellia Club Foundation, Inc. |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Florida Retirement System |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Murray State University | 4/14/2011 | Murray, Kentucky | Lecture | Travel Expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 5/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage Loan - ▨▨▨ | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Land ▨, FL) | | None | M | W | | | | | |
| 2. Condominium (▨, FL) | | None | O | W | | | | | |
| 3. Adams Express | A | Dividend | J | T | | | | | |
| 4. Anglo American | A | Dividend | J | T | | | | | |
| 5. Catepillar | A | Dividend | K | T | | | | | |
| 6. Cisco | A | Dividend | J | T | Buy | 03/30/11 | J | | |
| 7. Cisco | | None | | | Buy (add'l) | 08/04/11 | J | | |
| 8. Cisco | | None | | | Sold (part) | 11/10/11 | J | A | |
| 9. Cooper Ind. | A | Dividend | J | T | | | | | |
| 10. Corelogic | | None | J | T | | | | | |
| 11. Exxon Mobil | B | Dividend | L | T | | | | | |
| 12. First American Financial | A | Dividend | J | T | | | | | |
| 13. General Electric | A | Dividend | J | T | | | | | |
| 14. Genon Energy | | None | J | T | | | | | |
| 15. Geovax Labs | | None | J | T | | | | | |
| 16. Geovax Labs | | None | | | Buy (add'l) | 04/05/11 | J | | |
| 17. HCP | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Headwaters | | None | J | T | | | | | |
| 19. Intel | A | Dividend | J | T | | | | | |
| 20. Intel | | None | | | Buy (add'l) | 08/04/11 | J | | |
| 21. Intuitive Surgical | | None | J | T | | | | | |
| 22. JP Morgan Chase & Co. | A | Dividend | J | T | Buy | 08/10/11 | J | | |
| 23. JP Morgan Chase & Co. | | None | | | Buy (add'l) | 09/09/11 | J | | |
| 24. Matrixx Initiatives | | None | | | Sold | 1/10/11 | J | A | |
| 25. McDonalds | B | Dividend | M | T | | | | | |
| 26. Microchip Technology | B | Dividend | K | T | | | | | |
| 27. Microsoft | A | Dividend | J | T | | | | | |
| 28. Myriad Genetics | | None | J | T | Buy (add'l) | 01/31/11 | J | | |
| 29. Myrexis (formerly Myriad Pharmaceuticals) | | None | J | T | | | | | |
| 30. Pioneer Nat. Res. | A | Dividend | J | T | | | | | |
| 31. Proshares Treasury Ultrashort | | None | J | T | | | | | |
| 32. Proshares Treasury Ultrashort | | None | | | Buy (add'l) | 09/02/11 | J | | |
| 33. Proshares Treasury Ultrashort | | None | | | Buy (add'l) | 11/21/11 | J | | |
| 34. Regions Financial | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Royce Value Fund | A | Dividend | J | T | | | | | |
| 36. Southern Company | A | Dividend | K | T | | | | | |
| 37. TECO | A | Dividend | J | T | | | | | |
| 38. T. Rowe Price Tax-Free Fund | C | Dividend | L | T | | | | | |
| 39. T. Rowe Price Spectrum Gr. Fund | A | Dividend | K | T | | | | | |
| 40. Thompson Creek Metals | | None | J | T | Buy | 03/30/11 | J | | |
| 41. Thompson Creek Metals | | None | | | Buy (add'l) | 08/05/11 | J | | |
| 42. Thompson Creek Metals | | None | J | T | Sold (part) | 12/09/11 | J | A | |
| 43. Vanguard Energy Fund | A | Dividend | K | T | | | | | |
| 44. Vanguard Precious Metals Fund | A | Dividend | K | T | | | | | |
| 45. Vanguard Tax-Managed Cap. Appreciation Fund | A | Dividend | K | T | | | | | |
| 46. Walmart | B | Dividend | K | T | | | | | |
| 47. Watson Pharm. | | None | J | T | | | | | |
| 48. 403(b) Nationwide Annuity | D | Distribution | L | W | | | | | |
| 49. IRA Price Funds | C | Dividend | L | T | | | | | |
| 50. - Spectrum Growth | | | | | | | | | |
| 51. - Spectrum Income | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Spectrum International | | | | | | | | | |
| 53. Members First Credit Union,＿＿ FL - Savings | A | Interest | J | T | | | | | |
| 54. AmSouth Bank of＿＿ Accounts | A | Interest | J | T | | | | | |
| 55. Gulf Coast Bank Account | B | Interest | K | T | | | | | |
| 56. Life Insurance (Whole) (Navy Mutual Aid) | | None | L | W | | | | | |
| 57. IRA - Vanguard Group | E | Distribution | O | T | | | | | |
| 58. - STAR Fund | | | | | | | | | |
| 59. - International Value | | | | | | | | | |
| 60. - Wellesley | | | | | | | | | |
| 61. - Wellington | | | | | | | | | |
| 62. - Energy Fund | | | | | | | | | |
| 63. -Health Care | | | | | | | | | |
| 64. -Inflation Protected Sec. | | | | | | | | | |
| 65. -Precious Metals | | | | | | | | | |
| 66. -Short Term Inv. Grade | | | | | | | | | |
| 67. Western Asset Municipal Money Market Fund | A | Interest | L | T | | | | | |
| 68. Automatic Data Processing | A | Dividend | J | T | Buy | 08/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. American Electric Power Co. Inc. | A | Dividend | J | T | | | | | |
| 70. SPDR Barclays Capital Conv Securities | A | Dividend | J | T | Buy | 05/13/11 | J | | |
| 71. Beam | | None | K | T | Spinoff (from line 78) | 10/04/11 | K | | |
| 72. Cisco Sys Inc. | A | Dividend | J | T | | | | | |
| 73. Cisco Sys Inc. | | None | | | Buy (add'l) | 08/04/11 | J | | |
| 74. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 75. Coca-Cola Co. | | None | | | Buy (add'l) | 08/04/11 | J | | |
| 76. Walt Disney Co. | | None | K | T | | | | | |
| 77. Exxon Mobil Corp | A | Dividend | K | T | | | | | |
| 78. Fortune Brands Inc. | A | Dividend | J | T | | | | | |
| 79. Home Depot Inc. | | None | K | T | | | | | |
| 80. Intel Corp. | A | Dividend | J | T | | | | | |
| 81. Intel Corp. | | None | | | Buy (add'l) | 08/05/11 | J | | |
| 82. IntL Business Machines Corp. | A | Dividend | K | T | | | | | |
| 83. JP Morgan Chase & Co | A | Dividend | J | T | Buy | 08/05/11 | J | | |
| 84. JP Morgan Chase & Co | | None | | | Buy (add'l) | 09/09/11 | J | | |
| 85. Merck & Co. Inc. New | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 5/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 87. Proshres Treasury II Ultrashort Euro | | None | J | T | Buy | 11/23/11 | J | | |
| 88. Procter & Gamble Co. | A | Dividend | J | T | Buy | 08/04/11 | J | | |
| 89. Southern Co. | A | Dividend | K | T | | | | | |
| 90. Thompson Creek Metals | | None | J | T | Buy | 05/13/11 | J | | |
| 91. Thompson Creek Metals | | None | | | Buy (add'l) | 08/05/11 | J | | |
| 92. Wal-Mart Stores, Inc. | B | Dividend | L | T | | | | | |
| 93. Waste Management Inc. | A | Dividend | J | T | Buy | 08/05/11 | J | | |
| 94. Wells Fargo & CO. New | A | Dividend | J | T | | | | | |
| 95. Legg Mason Western Asset Intermediate-Term Municipals | B | Dividend | K | T | | | | | |
| 96. TIPS Ishares Fd | A | Dividend | | | Buy | 05/13/11 | J | | |
| 97. TIPS Ishares Fd | A | Dividend | | | Sold | 09/19/11 | J | A | |
| 98. IShares Fd Bond HYG | A | Dividend | J | T | Buy | 05/13/11 | J | | |
| 99. IShares Fd Pfd PFF | A | Dividend | J | T | Buy | 05/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 5/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Lines 68 thru 100 ▌▌▌▌ Assets ▌▌▌▌▌▌▌▌

| Name of Person Reporting | Date of Report |
|---|---|
| Vinson, Roger | 5/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Roger Vinson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544